## ALVAREZ *v.* LÓPEZ, DISTRICT JUDGE.

### APPLICATION for a writ of *certiorari*.

No. 81.—Decided October 6, 1911.

CERTIORARI—ERROR OF PROCEDURE.—It not appearing from the petition presented that any error of procedure has been committed, no ground exists for the exercise of the extraordinary remedy of *certiorari*, in accordance with the provisions of the law in force governing the matter.

The facts are stated in the decision.
*Mr. Rafael F. Ferrer* for the petitioner.

### DECISION.

By the court: It appears from the petition that an action of unlawful detainer having been brought in the Municipal Court of Caguas against the petitioner the court rendered a judgment in his favor, and that an appeal from this judgment having been taken to the District Court of Humacao said court rendered a judgment against him. The petitioner, lacking the ordinary remedy of an appeal from the judgment of the district court, sought the present extraordinary remedy of *certiorari* to have the judgment annulled.

The petitioner alleges that the district judge failed to estimate the evidence properly or to apply the law correctly in the rendition of his judgment, but does not state that any error of procedure was committed. This being so, in accordance with the clear and precise terms of the act authorizing writs of *certiorari*, approved March 10, 1904 (Acts of 1904, p. 132), the remedy sought does not lie.

Wherefore the petition is denied.

*Petition denied.*

Chief Justice Hernández and Justices MacLeary, Wolf, del Toro, and Aldrey concurred.